

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00080-CV

| | | |
|---|---|---|
| The City of The Colony, Texas | § | From the 431st District Court |
| | § | of Denton County (15-00533-431) |
| v. | § | December 14, 2017 |
| Mark and Kim Rygh | §§ | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying the City of The Colony, Texas's plea to the jurisdiction is reversed and we render a judgment dismissing Mark and Kim Rygh's claims against the City of The Colony, Texas, for want of jurisdiction.

It is further ordered that Appellants, The City of The Colony, Texas, shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier